1

2

3

4

5

6

7

8

9            **UNITED STATES DISTRICT COURT**

10               EASTERN DISTRICT OF CALIFORNIA

11

12  FELIX RUSSELL MARTINEZ,              )   1:04-cv-06366-AWI-TAG HC
                                         )
13                                       )   ORDER ADOPTING FINDINGS AND
                      Petitioner,        )   RECOMMENDATION (Doc. 10)
                                         )
14        v.                             )   ORDER DENYING PETITION FOR WRIT OF
                                         )   HABEAS CORPUS (Doc. 1)
15                                       )
    A. K. SCRIBNER,                      )   ORDER DIRECTING CLERK OF COURT
16                                       )   TO ENTER JUDGMENT
                                         )
17                    Respondent.        )
                                         )
18  _____ )

19

20        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

    pursuant to 28 U.S.C. § 2254.

21

22        On November 15, 2007, the Magistrate Judge assigned to the case filed a Findings and

    Recommendation recommending the petition for writ of habeas corpus be denied on the merits.

23

24  (Doc. 10).  This Findings and Recommendation was served on all parties and contained notice

    that any objections were to be filed within twenty days from the date of service of that order.  To

25

26  date, the parties have not filed timely objections to the Findings and Recommendation.

27        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

28  a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

                                          1

1  the Magistrate Judge's Findings and Recommendation is supported by the record and proper

2  analysis.

3       Accordingly, IT IS HEREBY ORDERED that:

4     1.   The Report and Recommendation, filed November 15, 2007 (Doc. 10), is

5       ADOPTED IN FULL;

6     2.   This petition for writ of habeas corpus (Doc. 1), is DENIED; and

7     3.   The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

8       This order terminates the action in its entirety.

9

10  IT IS SO ORDERED.

11  **Dated:   January 4, 2008**　　　　　　　 /s/ **Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE